**Electronically Filed**
**Supreme Court**
**SCWC-12-0000115**
**20-FEB-2015**
**07:51 AM**

SCWC-12-0000115

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

―――――――――――――――――――――――――――――――――

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee

vs.

JOSEPH VAIMILI,
Petitioner/Defendant-Appellant.

―――――――――――――――――――――――――――――――――

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000115; CR NO. 09-1-0140)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Joseph Vaimili's Application for Writ of Certiorari, filed on January 6, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 20, 2015.

Jeffrey A. Hawk
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

